**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Beverly Brower,  Civil File No.: 06-4413 (RHK/AJB)

        Plaintiff,  **ORDER OF DISMISSAL**

v.

T.A.C. Collections, Inc.,

        Defendant.

---

Pursuant to the parties' Stipulation (Doc. No. 11), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, without costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 26, 2007

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge